**Ramiro VELA, Plaintiff–Appellant,**

v.

**Lisa WALSH; et al., Defendants–Appellees.**

No. 15–15432

United States Court of Appeals, Ninth Circuit.

Submitted August 16, 2016 *

Filed August 25, 2016

Ramiro Vela, Carson City, NV, Pro Se.

Clark G. Leslie, Esquire, Deputy Assistant Attorney General, Carson City, NV.

Before: O'SCANNLAIN, LEAVY, and CLIFTON, Circuit Judges.

## MEMORANDUM **

Ramiro Vela, a Nevada state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004), and we affirm.

The district court properly granted summary judgment because Vela failed to raise a genuine dispute of material fact as to whether defendants were deliberately indifferent by changing his hypertension medication. *See id.* at 1057–60 (a prison official is deliberately indifferent only if he or she knows of and disregards an excessive risk to an inmate's health; medical malpractice, negligence, or a difference of opinion concerning the course of treatment does not amount to deliberate indifference).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.